No. 4010.—CALERO ET AL., aplte., *v.* MUÑOZ ET ALS., apdos. —C. D. Aguadilla. *Injunction.* Enero 27, 1927. Vista la resolución de esta corte dictada con fecha 15 de enero señalando el día 24 del mismo mes para que se oiga a las partes sobre si debe o no desestimarse esta apelación, la moción sobre desestimación presentada luego por la parte apelada y la moción de los apelantes solicitando prórroga para presentar su alegato,—no habiendo los apelantes justificado o explicado de modo alguno el manifiesto abandono de su apelación desde el 27 de agosto del año pasado hasta el día 22 de los corrientes, no habiendo aducido tampoco motivos suficientes para la prórroga solicitada y no habiendo comparecido en el acto de la vista para sostener su moción en tal sentido, *se desestimó el recurso.*

No. 4154.—CRESPO, apdo., *v.* SANTOS, aplte.—C. D. Arecibo. Enero 27, 1927. Desestimado el recurso a instancia del apelado vista la sección 11 de la Ley de Desahucio, aprobada en marzo 9, 1905 que dispone que las apelaciones deberán interponerse dentro de cinco días de dictada la sentencia y la jurisprudencia establecida en el caso de *Barbosa et al.* v. *Fernández,* 28 D.P.R. 305 y casos en él citados.